70 F.3d 1252
 NOTICE: First Circuit Local Rule 36.2(b)6 states unpublished opinions may be cited only in related cases.
In re NORTHEAST UTILITIES SERVICE COMPANY, Petitioner.
 No. 94-1949.
 United States Court of Appeals, First Circuit.
 Oct. 6, 1994.
 
 Before TORRUELLA, Chief Judge, BOWNES, Senior Circuit Judge, and BOUDIN, Circuit Judge.
 
 ORDER OF COURT
 
 1
 The petition for a writ of mandamus is denied. The arguments raised therein are more appropriately addressed in the context of the petition for review recently filed by petitioner.